Carl M. Lewis, SBN 121776
Attorney at Law
1916 Third Avenue
San Diego, California 92101

Telephone:  (619) 232-0160
Facsimile:  (619) 344-0655

Attorney for Plaintiff: International Education Management Group, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.   '19CV1981 BAS LL <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT; FEDERAL UNFAIR COMPETITION; CALIFORNIA UNFAIR COMPETITION; CALIFORNIA FALSE ADVERTISING; COMMON LAW MISAPPROPRIATION; BREACH OF CONTRACT** <br><br> **[DEMAND FOR JURY TRIAL]** |

Plaintiff INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC. (hereinafter "IEM" or "Plaintiff") for its Complaint against Defendants ABROAD AND FUTURE, INC., BEVAN BAO and DOES 1-25 (Collectively "Defendants"), allege:

## JURISDICTION AND VENUE

1.      This is a civil action arising under the copyright laws of the United States, Title 17, 26 United States Code, §§ 101 et seq., and the unfair competition laws of the United States, Title 35,1 United States Code, §§ 1051 et seq. This

1

Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338(a) (copyright infringement), 28 U.S.C. § 1338(b) (unfair competition), and 28 U.S.C. § 1367 (supplemental jurisdiction).

2.     Personal jurisdiction over Defendants ABROAD AND FUTURE, INC. and WEI BAO (hereafter referred to collectively as "Defendants") is vested and venue is proper pursuant to 28 U.S.C. § 1391 in the United States District Court for the Southern District of California since a substantial part of the events giving rise to the claims herein occurred in this District and Defendants knowingly and purposefully directed their infringing acts to this District, and/or against Plaintiff IEM, knowing IEM is a resident of this District and would suffer any injures from Defendants' conduct in this District, and IEM suffered the injures it sustained from Defendants' wrongful acts alleged herein in this District.

**THE PARTIES**

3.     Plaintiff IEM is a Delaware corporation with its principal place of business at 1500 State Street, San Diego, California. IEM, among other things, is engaged in promoting global education by placement of international students into California regional education programs with partnering institutions from high school through graduate programs, providing on-campus support and meeting students' residential needs.

4.     On information and belief, defendant ABROAD AND FUTURE, INC. is a California corporation with its principal place of business in Anaheim, California, whose registered agent for service was, at all relevant times set forth herein InCorp Services, Inc., 5716 Corsa Ave., Suite 110, Westlake Village, California.  On information and belief, ABROAD AND FUTURE, INC. is engaged in the business of  and maintaining an on-line website abroadandfuture.com. On information and belief,  ABROAD AND FUTURE, INC. was and is engaged in the business of placing international students regularly

and extensively advertises its services on the "abroadandfuture.com" website.

5.     On information and belief, defendant WEI BAO (hereinafter "BAO") is an individual and former employee and contractor of IEM and who was party to a written agreement executed on or about December 25, 2015, prohibiting him from use of any IEM intellectual property, or other trade secret or otherwise confidential material. On information and belief, BAO also uses the alias "Bevan Bao" when conducting business in California and, on occassion, "Bao Wei." On information and belief, defendant BAO is an individual residing in China and in California, and at all times relevant to this action, has owned and controlled, and continues to own and control, ABROAD AND FUTURE, INC.

6.     The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 25 are unknown to Plaintiff, who, therefore, sues them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly. On information and belief, Plaintiff alleges that each of Does 1 through 25 was the agent, representative, or employee of each of the other Defendants and was acting at all times within the scope of his/her agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 25 are liable to Plaintiff in connection with one or more of the claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged here.

## FACTS COMMON TO ALL CLAIMS

7.     IEM is a Delaware corporation with its principal place of business at 1500 State Street, Suite 100, San Diego, California. IEM is a global education enterprise which partners with a number of academic institutions to provide international student candidates access to various schools for academic pursuits ranging from four-year high school to graduate degree programs. IEM is actively

engaged in providing comprehensive education services to internationals students including, but not limited to, recruitment, enrollment and continuing support both on and off campus.  IEM has created a set of processes, customized information technology and advertising tools that has, over the last years, contributed to its overall success and growth.  To promote its international business, and inform prospective clients of its expertise, and as part of its overall marketing and recruitment strategy, IEM created, developed and maintains a website at the URL "ieducationm.com" (hereinafter the "Website"). IEM  employees authored the Website content within the scope of their employment relationship with IEM.

8.      IEM has invested substantial time, skill and resources in creating and developing the Website. The Website is an original work of authorship and contains copyrightable subject matter under the copyright laws of the United States.

9.      The Website also bears IEM's name and logo notifying the public of its authorship and ownership of the material therein.

10.      IEM is the owner of all right, title, and interest in and to the copyright in the Website and the copyright registration, Reg. No. TX 8-737-274, with an effective date of registration of April 11, 2018. A copy of the registration is attached as Exhibit 1.

11.      Printouts from the Website incorporating the copyrighted material are attached hereto as Exhibit 2.

12.      On information and belief, ABROAD AND FUTURE, INC. is a company engaged in the business of providing international student candidates access to various schools including schools within the County of San Diego.

13.      BAO was employed by IEM from approximately 2006 through 2013 and engaged by IEM as a contractor between approximately March 2014 and September 24, 2015.  During the period he was engaged by IEM, BAO had access

to proprietary and other confidential information belonging to IEM.

14.    On or about December 25, 2015, BAO and IEM entered into a written agreement wherein BAO was prohibited from use of any proprietary documents, materials and other information relating to IEM or its business for his own benefit or that of any third party.  Additionally, BAO agreed that the exclusive venue and jurisdiction for any dispute arising from the written agreement shall be the County of San Diego, California.

15.    On information and belief, at the times relevant to the claims herein, BAO owned, or was a principal of, and/or was employed by Defendant ABROAD AND FUTURE, INC.

19.    Defendants have misappropriated, copied, distributed, created works of, and publicly displayed on ABROAD AND FUTURE, INC.'s website, www.abroadandfuture.com. material from IEM's website without the permission or authorization of IEM. Printouts from ABROAD AND FUTURE, INC.'s website incorporating the infringing material are attached hereto as Exhibit 3 (hereafter the "Infringing Work"). Defendants copied verbatim nearly the entire text of approximately eight pages from IEM's website and incorporated it verbatim into ABROAD AND FUTURE, INC.'s website.

20.    On information and belief, Defendants intentionally copied the Website with knowledge of IEM's ownership and copyright in this work. Defendants have not copied the Website for informational purposes only, but have made commercial use of IEM's Website and of the copyrighted material.

21.    On information and belief, Defendants willfully, deliberately and knowingly used Plaintiffs copyrighted work for the purpose of promoting its business and attracting new business in the field of international education in competition with IEM. On information and belief, Defendants willfully, deliberately and knowingly used Plaintiffs copyrighted work in the course of

designing ABROAD AND FUTURE, INC.'s commercial website.

22.    On information and belief, Defendants failed to acknowledge the original source of IEM's content on the ABROAD AND FUTURE, INC. commercial website. Instead, on information and belief, Defendants intentionally and falsely represented the material as originating from and authored by Defendants, or employees thereof, through their use of the name " ABROAD AND FUTURE, INC.," and the  ABROAD AND FUTURE, INC. firm logo and, by their inclusion of the material, attributing copyright ownership to ABROAD AND FUTURE, INC. on material knowingly appropriated from IEM.

23. On information and belief, at all relevant times herein, Defendants knew, or reasonably should have known, that the Infringing Work would be confusing and misleading the public as to the ownership of the copyright of the infringing content of Defendants website.

24. IEM took prompt action upon learning of Defendants' wrongful conduct by issuing a takedown notice on or about May 4, 2018.  IEM is informed and believes that Defendants complied with the notice and removed the infringing material on or about        .

## FIRST CAUSE OF ACTION

### (Copyright Infringement - 17 U.S.C. §§ 501 et seq.)

26.    Plaintiff realleges and incorporates by reference the preceding paragraphs.

27.    Since the creation of its works, IEM has complied in all respects with the Copyright Revision Act of 1976 (Title 17, United States Code) and all other laws governing copyright. IEM has secured the exclusive rights and privileges in and to the copyright of Plaintiffs Website and has been granted Registration No. TX 8-737-274 from the United States Copyright Office.

28.    IEM is the sole owner of all right, title, and interest in and to the

copyright of Plaintiff s Website and the corresponding Certificate of Copyright Registration.

29.    On information and belief, Defendants have infringed IEM's copyrighted work in violation of 17 U.S.C. § 501 by copying, distributing, creating derivative works, and publicly displaying works that were copied or caused to be copied from Plaintiffs Website and that are substantially similar, if not identical, to that copyrighted work.

30.    On information and belief, Defendants' infringement commenced prior to and continuing subsequent to the effective date of registration of IEM's copyright in the Website. On information and belief, the infringement by Defendants is willful and deliberate, with knowledge of IEM's copyright.

31.    As a result of the copyright infringement by Defendants, IEM has suffered and will continue to suffer irreparable injury to its business reputation and goodwill and has lost sales and profits in an amount not yet fully ascertained and/or is entitled to and award of statutory damages. As a further result of Defendants' infringement of IEM's copyrights, IEM is entitled to recover costs of suit and attorney's fees pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION 23
### (Federal Unfair Competition - 15 U.S.C. § 1125(a))

32.    Plaintiff realleges and incorporates by reference the preceding paragraphs.

33.    Defendants' conduct described herein constitutes unfair methods of competition and unfair and deceptive trade practices under the Lanam Act.

34.    Defendants' bodily appropriation of the Website in the Infringing Work and their use of the ABROAD AND FUTURE, INC. name and logo on the Infringing Work in interstate commerce constitute a false designation of the origin and false representation of fact and as such violates Section 43(a) of the Lanam

Act, 15 U.S.C. § 1125(a).

35.     Defendants' use of, or aiding and contributing to the use by ABROAD AND FUTURE, INC.  attributing authorship and copyright ownership of the Infringing Work to ABROAD AND FUTURE, INC. constitutes a false designation of origin and false representation of fact and as such violates Section 43(a) of the Lanam Act, 15 U.S.C. §1125(a).

36.     Defendants' statements in the Infringing Work regarding the nature and quality of ABROAD AND FUTURE, INC.'s services and experience are false and misleading, material, and likely to deceive its  audience, and as such constitute false and misleading descriptions and representations of fact in violation of Section 43(a) of the Lanam Act, 15 U.S.C. § 1125(a).

37.     On information and belief, Defendants have benefitted and profited in an unknown amount from their unauthorized use of IEM's copyrighted work, as well as from these false designations of origin and false representations of fact. The exact amount of profits realized by Defendants as a result of their wrongful acts is unknown to IEM at this time, and cannot be accurately ascertained until an accounting is made.

38.     As a result of Defendants' wrongful actions IEM incurred damages in an amount to be proved at trial consisting of, among other things, lost revenues, injury to its reputation, and diminution in the value of and goodwill associated with its business.

39.     Defendants' conduct complained of herein is malicious, fraudulent, knowing, wilful, and deliberate entitling IEM to an accounting of Defendants' profits, increased damages, and attorneys' fees and costs incurred in prosecuting this action, pursuant to 15 U.S.C. § 1117.

///

///

## THIRD CAUSE OF ACTION

### (California Unfair Competition - Cal. Bus. & Prof. Code § 17200 et seq.)

40.     Plaintiff realleges and incorporates by references the preceding paragraphs.

41.     Defendants ' conduct complained of herein constitutes an unlawful and unfair business  practice in violation of California's statutory unfair competition laws.

42.     Defendants' conduct has resulted in a wrongful diversion of business, money, and/or property from IEM to Defendants.

43.     As a result of this unfair competition by Defendants, IEM suffered injury to its business reputation and goodwill, and lost sales and profits in an amount not yet fully ascertained.

44.     Defendants' conduct complained of herein is malicious, fraudulent, knowing, wilful, and deliberate entitling IEM to equitable restitution of Defendants' profits attributable to such conduct.

## FOURTH CAUSE OF ACTION

### (California False Advertising - Cal. Bus. & Prof. Code § 17500 et seq.)

45.     Plaintiff realleges and incorporates by references the preceding paragraphs.

46.     The conduct of Defendants described herein constitutes false advertising in violation of California's statutory prohibitions.

47.     Defendants' wrongful conduct has resulted in a wrongful diversion of business, money, and/or property from IEM Purcell to Defendants.

49.     As a result of the false advertising by Defendants, IEM has suffered injury to its business reputation and goodwill and lost sales and profits in an amount not yet fully ascertained.

///

## FIFTH CAUSE OF ACTION

### (Common Law Misappropriation)

50.    Plaintiff realleges and incorporates by reference the preceding paragraphs.

51.    IEM invested substantial time, skill and resources in developing its Website, which Defendants have wrongfully appropriated and used at no cost to Defendants and without the authorization or consent of IEM, and as such constitutes an unlawful misappropriation of IEM's property interests in the Website.

53.    As a result of this misappropriation by Defendants, IEM suffered injury to the value of the Website, its business reputation and goodwill, and lost sales and profits in an amount not yet fully ascertained.

## SIXTH CAUSE OF ACTION

### (Breach of Contract)

54.    Plaintiff realleges and incorporates by reference the preceding paragraphs

55.    IEM entered into a contract with Defendant BAO on or about December 25, 2016 wherein BAO was prohibited from use of any proprietary IEM documents, materials and other information relating to IEM or its business for his own benefit or that of any third party.

56.    IEM performed all of its obligations under the terms of the Agreement,

57.    On information and belief, BAO breached December 25 agreement by continuing to use non-public and confidential information and material in violation of his obligations under the Agreement.  In addition, he willfully infringed on IEM's copyrights, trade secrets and other proprietary rights by using such proprietary material for his personal gain without the knowledge and consent of IEM.

///

58.     On information and belief, as a result of BAO's breach, IEM suffered damages, including lost profits, in an amount to be proved at trial.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff IEM prays that:

(1)     Defendants account to IEM for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiffs' copyrights or such damages as are proper, and since Defendants intentionally infringed plaintiffs' copyrights, for the maximum allowable statutory damages for each violation;

(2)     IEM be awarded actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

(3)     IEM be awarded damages as a result of Defendant BAO's breach of contract in an amount to be determined at trial;

(4)     IEM be awarded treble damages and punitive damages based on Defendants' wilful, malicious and unlawful conduct;

(5)     IEM be awarded its reasonable attorneys' fees and costs of suit, including its costs of suit; and

(6)     IEM be awarded such other and further relief as this Court deems just.


Dated: October 10, 2019                    Respectfully submitted,



                                           By:    c/Carl M. Lewis
                                                  CARL M. LEWIS
                                                  Attorney for Plaintiff
                                                  E-mail: cmllaw@pacbell.net

1

## **JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

Dated: October 10, 2019                  Respectfully submitted,


                          By:    /Carl M. Lewis _____
                                 CARL M. LEWIS
                                 Attorney for Plaintiff
                                 E-mail: cmllaw@pacbell.net

COMPLAINT

1

**EXHIBITS INDEX**

2

3  Exhibit 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

4  Exhibit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

5  Exhibit 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Ingle*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-737-274

**Effective Date of Registration:**
April 11, 2018

---

## Title

**Title of Work:**  International Education Management's Website and Content

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** International Education Management
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:**  International Education Management
1500 State Street, San Diego, CA, 92101, United States

## Rights and Permissions

**Organization Name:** International Education Management
**Email:** kieu.vo@ieducationm.com
**Address:** 1500 State Street
San Diego, CA 92101 United States

## Certification

**Name:** Kieu Vo
**Date:** April 11, 2018

**Correspondence:**   Yes

**ieducationm.com**

#1 http://ieducationm.com/wp-content/uploads/2015/06/IEM_HS_Brochure2014_WEB.pdf





Exh. 2
16

#2  http://ieducationm.com/wp-content/uploads/2015/06/IEM_HS_Brochure2014_WEB.pdf



"Working with IEM has been a wonderful experience.  As an organization, IEM diligently works to provide every student with the support that they need to be successful in and outside of classroom.  I highly recommend IEM to other institutions, students, and parents."

*–Dennis "Coach" Snyder, President/Founder,*
*Escondido Charter High School*

"As a parent, I know how important it is to ensure that students receive the best possible education.  IEM understands students' needs and academic aspirations. IEM provides students with the necessary tools to improve English, be academically successful, integrate into American culture, and grow during their time on the program."

*– Scott Marshall, Headmaster,*
*The Rock Academy*

#3  http://ieducationm.com/wp-content/uploads/2015/06/IEM_HS_Brochure2014_WEB.pdf



## Why Do Schools Partner with IEM?

Our international students enhance the cultural dynamic of classrooms within our partner high schools.  IEM acts as a solid partner with these high schools to support its students with comprehensive services outside of the classroom.  IEM assumes a high level of responsibility for each student, allowing the school to focus on its academic curriculum  and uphold its policies and regulations.  With a streamlined admissions process, and thorough document collection and verification, IEM assumes much of the work involved in bringing these international students from their home country and integrating them with their American peers. IEM brings to the table superior knowledge and expertise in international education to build a cohesive bond between the high schools, educators, parents, and students.

#4  http://ieducationm.com/wp-content/uploads/2015/06/IEM_HS_Brochure2014_WEB.pdf



# IEM Mission & Values

Combining a passion for education
with the expertise necessary for the
advancement of every student

IEM is an international educational management company with core expertise in international student recruitment, curriculum development, student services, and specialized university counseling.   We always put student academic success and student growth first, and are proud to have provided thousands of students from all corners of the globe with the life-changing opportunity to fulfill their educational goals abroad.

At IEM, we leverage decades of management experience in international education and presently consist of a network of international recruitment agents, a global educational cooperative network, and trusted partners worldwide.  Through the knowledge and expertise that only comes with experience, we have developed a set of robust processes, paired with customized information technology tools, that provide us true competitive advantage in student case management.   We take a profound interest in the development of our students, from first meeting to graduation day and beyond.

#5  http://ieducationm.com/pre-high-school-program/



International Education Management's Pre-High School Program is designed to assist international students in acquiring the language skills needed to succeed academically, develop the social skills required to adjust and adapt to a new culture, and provide the tools necessary for dealing with the emotional stress of living in a new environment.

#6  http://ieducationm.com/about/



**COMMITMENT TO EXCELLENCE**

EM sets the bar for educational standards by offering rigorous and challenging coursework through our partner schools.



**COMPASSIONATE GUIDANCE**

We provide comprehensive student services that combine care and compassion with superior expertise in cross cultural transition.



**ADVANCEMENT WITH BALANCE**

Our students excel far beyond the classroom as they strive to establish a fulfilling balance between school work and life.



**GLOBAL CITIZENSHIP**

Our programs encourage students to apply their passion for school and strive to become learners and leaders within the global community.

#7 http://ieducationm.com/university-counseling/



#8  http://ieducationm.com/become-a-host-family/

## Have you ever thought about hosting an international student?

IEM's Homestay Program offers families an amazing opportunity to inspire a child and develop a stronger cultural awareness and appreciation. As you open your heart and your home to an exceptional young global citizen from another country, you become part of living and building cooperation, understanding, unity and peace between nations.

Ongoing support and guidance from IEM staff throughout your hosting experience

A rich exposure to another culture in your own home

An opportunity for your family to learn and/or practice a new language

Inclusion in yearly ceremonies and activities

A deep, rewarding connection with your student that will grow with your family and last a lifetime

A reliable monthly compensation for at least an academic year, as long as you host a student

...

### BECOME A HOST FAMILY
*HOW TO APPLY*

...



**APPLY**

Apply via our online application form. OR Contact us via email at homestay@ieducationm.com with a short description of yourself and your family, number of rooms available for prospective student/s, and your motivation for participating in the program. Also, make sure you provide your telephone number, address, and the best time to contact you.

**abroadandfuture.com**

#1  http://www.abroadandfuture.com/download/af.pdf



#2 http://www.abroadandfuture.com/download/af.pdf



#3  http://www.abroadandfuture.com/download/af.pdf



# SCHOOLS PARTNER WITH US?

Our international students enhance the cultural dynamic of classrooms within our partner high schools. We act as a solid partner with these high schools to support its students with comprehensive services outside of the classroom. We assumes a high level of responsibility for each student, allowing the school to reduce its liabilities and uphold its policies and regulations. With a streamlined admissions process, and thorough document collection and verification, We assumes much of work involved in bringing these international students from their home country and integrating them with their American peers. We brings to the table superior knowledge and expertise in international education to build a cohesive bond between the high schools, educators,parents, and students.

#4  http://www.abroadandfuture.com/download/af.pdf



#5  http://www.abroadandfuture.com/high-school-pathway/

# PERSONAL GROWTH.

H I G H   S C H O O L   P A T H W A Y

High School Pathway Program is designed to assist international students in acquiring the language skills needed to succeed academically, develop the social skills required to adjust and adapt to a new culture, and provide the tools necessary for dealing with the emotional stress of living in a new environment.

From engaging classes to waterpark excursions, the program will fosters friendship, awareness, and personal growth! Each student learns and experiences new customs, cultures and styles and is better prepared for life's many journeys.

WHAT YOU WILL GET?

- Heightened reading and writing comprehension
- Effective communication and oral presentation skills
- Enhanced cultural, communicative, and social familiarity
- Cultural excursions to enrich the American experience

#6  http://www.abroadandfuture.com/

BEST COSTOMIZED SERVICES FOR STUDENTS & SCHOOLS.

## 'ONE'SOLUTION



**Commitment to Excellence**

Set the bar for educational standards by offering rigorous and challenging coursework through our partner schools.



**Advancement with Balance**

Our students excel far beyond the classroom as they strive to establish a fulfilling balance between work and life.



**Global Citizenship**

Encourage students to apply their passion for school and success to become learners and leaders within the global community.



**Compassionate Guidance**

Provide comprehensive student services that combine care and compassion with superior expertise in cross-cultural transition.

#7  http://www.abroadandfuture.com/college-pathway/

YOUR PATHWAY TO UNIVERSITY



**12TH GRADE**

o Prepare documentations for college applications o Submit college application



**11TH GRADE**

o Complete all required tests for college application o Understanding of college application process and academic standing



**9TH GRADE**

o Establishing familiarity with United States higher education system o Emphasis on reading comprehension, writing skills and analytical ability



**10TH GRADE**

o Emphasis on test technique and strategies, reading and writing, vocabulary expansion and analytical skills o Begin to compile a student portfolio for college admissions

#8  http://www.abroadandfuture.com/hostfamily/

## BECOME A HOST FAMILY NOW

HOST FAMILY APPLICATION

[ APPLY NOW! ]

**Have you ever thought about hosting an international student?**

AF Homestay Program offers families an amazing opportunity to inspire a child and develop a stronger cultural awareness and appreciation. As you open your heart and your home to an exceptional young global citizen from another country, you become part of living and building cooperation, understanding, unity and peace between nations.

- Ongoing support and guidance from our staff throughout your hosting experience
- A rich exposure to another culture in your own home
- An opportunity for your family to learn and/or practice a new language
- Inclusion in yearly ceremonies and activities
- A deep, rewarding connection with your student that will grow with your family and last a lifetime
- A reliable monthly compensation for at least an academic year, as long as you host a student

We are currently seeking families to host high school students.  If you are interested in becoming a host family, but want some more information before applying, please complete the form below.  Our Student Services Department will contact you shortly.

Opening your home to an international student presents a wonderful opportunity to share American culture, traditions, values and beliefs as well as to help shape the future of a young person looking to become a part of our community.

- APPLY

  Contact us via email at hello@abroadfuture.com with a short description of yourself and your family, number of rooms available for prospective student/s, and your motivation for participating in the program. Also, make sure you provide your telephone number, address, and the best time to contact you.

  Fill out the application form and  provide one family picture and your house front picture. The student bedroom and bathroom pictures are needed as well.

- HOUSE VISIT BY STAFF

  Furthermore, We will conduct a background check for all family members over 18 years old.

- CONFIRMATION LETTER

  You will receive a confirmation letter indicating that you have been selected for our program.

**Exh. 3**
**31**