JASON A. RODENBO, ATTORNEY AT LAW
1916 3RD AVENUE
SAN DIEGO, CA  92101
619-265-0081
Atty. File No.: 19-CV-01981-BAS-LL

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF : INTERNATIONAL EDUCATION MANAGEMENT ETC. | | Case No. : 19-CV-01981-BAS-LL |
| DEFENDANT : ABROAD AND FUTURE, INC., ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the  SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party Served   : ABROAD AND FUTURE, INC., A CALIFORNIA CORPORATION
                     AUTHORIZED AGENT FOR SERVICE: INCORP SERVICES, INC.
   b. Person Served : CHRIS D. , AUTHORIZED AGENT
                     (CAUC/M/5F9IN/150LBS/BLK/BRN)

4. Address where the party was served: 5716 CORSA AVE      SUITE 110
                                       WESTLAKE VILLAGE, CA  91362  (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  December 11, 2019  (2) at: 02:25 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: ABROAD AND FUTURE, INC., A CALIFORNIA CORPORATION
                   AUTHORIZED AGENT FOR SERVICE: INCORP SERVICES, INC.
      under  [xx]  CCP 416.10  (corporation)

7. **Person who served papers**
   a. CARMEN GODINEZ
   b. KNOX ATTORNEY SERVICE
      2251 SAN DIEGO AVE. #A-120
      SAN DIEGO, CA 92110
   c. 619-233-9700

   d. Fee For Service : $ 106.35
   e. I am
      (3)  a registered California process server
           (i)   an independent contractor
           (ii)  Registration No.: 152
           (iii) County: San Diego, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  December 12, 2019

Signature:  *Carmen Godinez*
            CARMEN GODINEZ

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No. :  0762256-01