Carl M. Lewis (CSBN 121776)
Attorney at Law
1916 Third Avenue
San Diego, California 92101
Telephone (619) 232-0160
Facsimile (619) 344-0655

Co-Counsel:
Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone (619) 961-5433
Facsimile (619) 286-0747

**Attorneys for Plaintiff: International Education Management Group, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>  Defendants. | **CASE NO: 3:19-CV-01981-BAS-LL**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1

**NOTICE OF ASSOCIATION OF COUNSEL**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Carl M. Lewis, attorney of record for Plaintiff International Education Management Group, Inc. ("Plaintiff") hereby associates Jason A. Rodenbo as co-counsel for Plaintiff in the above-captioned action. The name, office address, telephone number, fax number, and e-mail address of the associated counsel are as follows:

```
Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone: (619) 961-5433
Fax: (619) 286-0747
E-Mail: jason@rodenbolaw.com
```

Dated: December 13, 2019

By: S/Carl M. Lewis
CARL M. LEWIS
Attorney for Plaintiff
INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.

Jason A. Rodenbo, Esq. hereby accepts the above association.

Dated: December 13, 2019

By: *Jason Rodenbo*
Jason A. Rodenbo, Esq.
Co-Counsel/Attorney for Plaintiff
INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.

2

**NOTICE OF ASSOCIATION OF COUNSEL**