RICHARD P. SYBERT
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
5901 Priestly Dr., #308
Carlsbad, CA 92008
Telephone: (760) 476-1990
Direct Dial: (619) 230-7768
Direct Fax: (619) 595-5768

YAN REN (SBN: 323200)
yren@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7454
Facsimile: (619) 696-7124

Attorneys for Defendant
ABROAD AND FUTURE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 19-cv-1981-BAS-LL<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT ABROAD AND FUTURE, INC. TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B<br><br>Complaint filed: 10/11/2019<br>Complaint served: 12/11/2019<br>Response due: 1/2/2020<br>Extension due: 2/3/2020 |

-1-
JT MTN TO EXTEND DEADLINE FOR DEFENDANT ABROAD AND FUTURE, INC. TO FILE A RESPONSE TO THE COMPLAINT        19-cv-1981-BAS-LL

## JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT ABROAD AND FUTURE, INC. TO RESPOND TO COMPLAINT

TO THIS HONORABLE COURT:

Plaintiff International Education Management Group, Inc. ("IEM"), filed a complaint against Defendants, on October 11, 2019. Defendant Abroad and Future, Inc., ("A&F") was served with the complaint on December 11, 2019 through its Registered Agent. (Dkt. No. 3-1.) According to this date, the current deadline to respond to the complaint is January 2, 2020.

At Defendant A&F's request, Plaintiff IEM and Defendant A&F have stipulated that the deadline to respond to Plaintiff's complaint should be extended until February 3, 2020 for the following reasons: (1) the undersigned counsel for A&F was recently retained with regard to this matter; and (2) Defendant A&F needs additional time to confer with its counsel, as well as gather and review documents necessary to prepare a response to the complaint, especially during the holiday season. Pursuant to Local Rules 7.2 and 12.1, the parties jointly move the Court to extend A&F's deadline to respond to Plaintiff's complaint until February 3, 2019.

Dated:  December 19, 2019

GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
Yan Ren
Attorneys for Defendant
ABROAD AND FUTURE, INC,

Dated:  December 19, 2019

By: */s/ Carl M. Lewis*
Carl M. Lewis
Attorney for Plaintiff
INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Carl M. Lewis, counsel for Plaintiff, and that I have obtained Mr. Lewis's authorization to affix his electronic signature to this document.

>  */s/ Richard P. Sybert*
> Richard P. Sybert