| | |
|---|---|
| 1 | RICHARD P. SYBERT |
| | rsybert@grsm.com |
| 2 | GORDON REES SCULLY MANSUKHANI |
| | 5901 Priestly Dr., #308 |
| 3 | Carlsbad, CA  92008 |
| 4 | Telephone: (760) 476-1990 |
| | Direct Dial: (619) 230-7768 |
| 5 | Direct Fax: (619) 595-5768 |
| 6 | YAN REN (SBN:  323200) |
| | yren@grsm.com |
| 7 | GORDON REES SCULLY MANSUKHANI |
| | 101 W. Broadway Suite 2000 |
| 8 | San Diego, CA 92101 |
| | Telephone:  (619) 230-7454 |
| 9 | Facsimile:  (619) 696-7124 |
| 10 | Attorneys for Defendant |
| 11 | ABROAD AND FUTURE, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation, | CASE NO.  19-cv-1981-BAS-LL |
| | **NOTICE OF APPEARANCE** |
| Plaintiff, | Judge: Hon. Cynthia Bashant |
| vs. | Courtroom:  4B |
| ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1-25, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of the following attorney on behalf of Defendant ABROAD AND FUTURE, INC. in this matter:

Yan Ren
Email: yren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Ste. 2000
San Diego, CA 92101
Tel: (619) 230-7454 / Fax: (619) 696-7124

-1-

NOTICE OF APPEARANCE

Case No. 19-cv-1981

1  Please include the above attorney in the service list and in any
2  correspondence, pleadings, discovery, and ECF notifications regarding this matter.

3

4  Dated:  December 19, 2019           GORDON REES SCULLY
                                       MANSUKHANI, LLP
5
                                       By:  */s/ Yan Ren*
6                                           Richard P. Sybert
                                             Yan Ren
7                                            Attorneys for Defendant
                                             ABROAD AND FUTURE, INC.
8

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

-2-
NOTICE OF APPEARANCE

Case No. 19-cv-1981