```
 1 | Carl M. Lewis (CSBN 121776)
   | Attorney at Law
 2 | 1916 Third Avenue
   | San Diego, California 92101
 3 | Telephone (619) 232-0160
   | Facsimile (619) 344-0655
 4 |
 5 | Jason A. Rodenbo, Esq. (CSBN 195208)
   | LAW OFFICES OF JASON A. RODENBO, APC
 6 | 1916 Third Avenue
   | San Diego, CA 92101
 7 | Telephone (619) 961-5433
   | Facsimile (619) 286-0747
 8 |
```

**Attorneys for Plaintiff: International Education Management Group, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>           Defendants. | **CASE NO.: 3:19-CV-01981-BAS-LL**<br><br>**NOTICE OF APPEARANCE FOR JASON A. RODENBO AS ATTORNEY OF RECORD (CO-COUNSEL) FOR PLAINTIFF INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.** |

1

**NOTICE OF APPEARANCE (CASE NO.: 3:19-CV-01981-BAS-LL)**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Jason A. Rodenbo of the Law Offices of Jason A. Rodenbo, who is a member of the State Bar of California and is admitted to practice in this District, hereby appears as counsel of record (co-counsel) on behalf of Plaintiff International Education Management Group, Inc. Effective immediately, please add Jason A. Rodenbo as an attorney to be noticed on all matters at the following address:

>Jason A. Rodenbo, Esq.
>LAW OFFICES OF JASON A. RODENBO, APC
>1916 Third Avenue
>San Diego, CA 92101
>Tel.: (619) 961-5433
>*jason@rodenbolaw.com*

Dated: December 20, 2019

By _____/s/ Jason Rodenbo_____
Jason A. Rodenbo, Esq.
Attorney for Plaintiff
INTERNATIONAL EDUCATION
MANAGEMENT GROUP, INC.

2
**NOTICE OF APPEARANCE (CASE NO.: 3:19-CV-01981-BAS-LL)**

**CERTIFICATE OF SERVICE**

*International Education Management Group, Inc. v. Abroad & Future, Inc., et al.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**CASE NO.: 3:19-CV-01981-BAS-LL**

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action; my business address is 1916 Third Avenue, San Diego, CA 92101. On the date set forth below, I served the foregoing documents described as:

I hereby certify that on December 20, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE FOR JASON A. RODENBO AS ATTORNEY OF RECORD (CO-COUNSEL) FOR PLAINTIFF INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 20, 2019, at San Diego, California.

*Jason Rodenbo*
JASON A. RODENBO, ESQ.