# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABROAD AND FUTURE, INC., *et al.*, <br><br> Defendants. | Case No. 19-cv-1981-BAS-LL <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **[ECF No. 5]** |

Presently before the Court is Plaintiff International Education Management Group, Inc. and Defendant Abroad and Future, Inc. ("A&F")'s Joint Motion to Extend the Deadline for A&F to File a Response to the Complaint. (ECF No. 5.) The movants submit that an extension of time is appropriate because A&F recently retained counsel and it needs additional time to gather and review information to adequately prepare a response to the Complaint, especially during the holiday season. (*Id.*) Good cause appearing, the Court **GRANTS** the joint motion. Defendant A&F shall file a response to the Complaint no later than **February 3, 2020**.

**IT IS SO ORDERED.**

**DATED: December 20, 2019**

Hon. Cynthia Bashant
United States District Judge

– 1 –