Carl M. Lewis (CSBN 121776)
Attorney at Law
1916 Third Avenue
San Diego, California 92101
Telephone (619) 232-0160
Facsimile (619) 344-0655

Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone (619) 961-5433
Facsimile (619) 286-0747

**Attorneys for Plaintiff: International Education Management Group, Inc.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>           Defendants. | **CASE NO: 3:19-CV-01981-BAS-LL**<br><br>***EX PARTE* APPLICATION RE STATUS OF SERVICE OF PROCESS ON FOREIGN INDIVIDUAL DEFENDANT WEI BAO VIA THE HAGUE SERVICE CONVENTION** |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

3:19-CV-01981-BAS-LL

1

PLEASE TAKE NOTICE that Defendant WEI BAO is an individual currently residing in China (hereinafter referred to as "Defendant BAO"). Plaintiff is in the process of serving Defendant WEI BAO via the *HAGUE SERVICE CONVENTION.* Plaintiff has engaged Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services (hereinafter "CFS") to properly effect service of process in this action upon Defendant WEI BAO. Service of process on Defendant BAO is therefore in the process of being effectuated pursuant to Federal Rules of Civil Procedure, Rule 4(f)(1). The 90 Day time limit for service of process under F.R.C.P. Rule 4(m) expressly "does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), . . .". Therefore, Plaintiff's service of process on foreign individual Defendant BAO via the Hague Service Convention is not subject to the 90 day time limit.

Local Rules of Court, Rule 4.1, provides that all complaints must be served within 90 days. As to service of process on foreign individual Defendant BAO, Local Rule 4.1, is inconsistent with Federal Rules of Civil Procedure, Rule 4, which specifically provides that the 90 Day time limit for service of process under F.R.C.P. Rule 4(m) "does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), . . .". Local Rules of Court cannot be inconsistent

with the Federal Rules of Civil Procedure. *28 U.S.C. §§2071, 2072.* However, in an abundance of caution, and to avoid dismissal of Defendant BAO via Local Rules of Court, Rule 4.1, Plaintiff files this *Ex Parte* Application to provide the Court with an update on the status of service of process upon foreign individual Defendant BAO via the Hague Service Convention.

According to the attached Declaration of Celeste Ingalls of CFS, service of process on Defendant BAO is well underway via the Hague Service Convention. However, it could take several months and potentially up to 2 years to serve Defendant BAO pursuant to the Hague Service Convention depending on the time it takes the Ministry of Justice for China to process. Therefore, Counsel for Plaintiff files this *Ex Parte* Application Re Status of Service of Process on Defendant BAO to provide this Court with a status update.

Plaintiff intends to file status updates every 90 days with this Court via *Ex Parte* Applications. In the alternative, Plaintiff requests that this Court Order periodic status conferences regarding service on Defendant WEI BAO.

This *Ex Parte* Application is based on the points and authorities set forth above, the Declaration of Celeste Ingalls attached hereto as Exhibit "A" and on the Declaration of Jason Rodenbo, Esq. attached hereto as Exhibit "B".

Dated: January 7, 2020

By: _____
JASON A. RODENBO
Attorney for Plaintiff
INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.

EXHIBIT "A"

Carl M. Lewis, SBN 121776
Attorney at Law
1916 Third Avenue
San Diego, California 92101

Telephone: (619) 232-0160
Facsimile: (619) 344-0655

Attorney for Plaintiff: International Education Management Group, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual and DOES 1-25, inclusive.<br><br>Defendants. | CASE NO. 19CV1981 BAS LL<br><br>DECLARATION OF CELESTE INGALLS |

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am Director of Operations for Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 23 years.

2. Crowe Foreign Services has been retained to properly effect service of process in the above titled case upon defendant **Wei Bao** in China.

3. The United States and China are signatory to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention).

///

Declaration of Celeste Ingalls
Re: Service upon Wei Gao - China

4. I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries.

5. Since 2003, I have attended, at special invitation as a private expert, all Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, at which each signatory country was represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention as they apply to each country's laws and interpretations of the Convention and its obligations.

6. I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law.

7. In accordance with Rule 4 (f)(1), of the Federal Rules of Civil Procedure, service outside the United States shall be subject to the provisions of the Hague Service Convention.

8. The Ministry of Justice in China has declared that it formally objects to the service of process by private individuals and has designated the Hague Service Convention, through China's designated central authority, as the authorized method of service within its territory.

9. China declared that all documents to be served in accordance with the Hague Service Convention must be translated into Chinese. Translations of the material documents in the above titled case have been completed and received.

10. The requisite Hague documents for service in the above titled case are being prepared and the requisite bank wire transfer to the Chinese court is in progress. Confirmation of receipt of the bank wire transfer to the Chinese court is required to be sent to the Central Authority for China with the documents to be served. The confirmation of receipt takes approximately 5 to 10 days to receive.

11. Upon receipt of the bank wire confirmation, the requisite Hague documents (USM-94) with the Summons, Complaint with Exhibits, and Chinese translations thereof, in the above titled case will be forwarded via international courier to the Central Authority for China to be served upon **Wei Bao** in accordance with the Hague Service Convention.

12. Once the above documents are received by the Central Authority for China, there are no provisions in the Articles of the Hague Service Convention that obligate a foreign country to provide any status or progress information with respect to a request for service and the China courts do not.

13. The Hague Service Convention does not impose an obligatory time frame and, although the Ministry of Justice for China indicated their procedures are in the process of being streamlined, the turnaround time remains frustrating and varies. The Ministry of Justice for China issued a statement that service of process will take up to 2 years, with proofs of service being returned an average of 1 to 5 months after service occurs. However, recently the Chinese courts have begun to move a little faster and some services are coming back in 6 to 10 months (though they could still take 2 years because all service procedures are at the discretion of the Chinese courts). This means there remains a potential wait window of 2 years with no interim information provided.

14. There is currently no provision within the Articles or framework of the Hague Service Convention for enforcement of a signatory country's actions or obligations and we must simply wait for the Chinese courts to complete service and return a Hague Certificate.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this 3rd day of January 2020. Done in Portland, Oregon

*/s/ Celeste Ingalls*

EXHIBIT "B"

Carl M. Lewis (CSBN 121776)
Attorney at Law
1916 Third Avenue
San Diego, California 92101
Telephone (619) 232-0160
Facsimile (619) 344-0655

Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone (619) 961-5433
Facsimile (619) 286-0747

**Attorneys for Plaintiff: International Education Management Group, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>         Defendants. | **CASE NO: 3:19-CV-01981-BAS-LL**<br><br>**DECLARATION OF JASON RODENBO, ESQ. IN SUPPORT OF *EX PARTE* APPLICATION RE STATUS OF SERVICE OF PROCESS ON FOREIGN INDIVIDUAL DEFENDANT WEI BAO VIA THE HAGUE SERVICE CONVENTION** |

I, JASON RODENBO, DECLARE AS FOLLOWS:

3:19-CV-01981-BAS-LL

1

1. I am one of the attorneys in the above-entitled Matter for Plaintiff INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC. ("IEM"). I am over the age of 18 years and a resident of San Diego County. I am admitted to the bar of the State of California, and am licensed to practice law in all Courts in the State of California. I have personal knowledge of the facts stated herein and would competently testify thereto if called as a witness.

2. On January 3, 2019 I spoke with Richard Sybert, Counsel for Defendant WEI BAO and informed him that I would be filing *Ex Parte* papers regarding the status of service on his client via the Hague Service Convention. I informed Mr. Sybert of the purpose of the *Ex Parte* Application papers I intended to file. Specifically, I informed that given service of process was underway via the Hague Service Convention, there was no set time limit other than the 90 day time limit per Local Court Rules which did not apply to foreign individuals being

3:19-CV-01981-BAS-LL

served via the Hague Service Convention as specified in F.R.C.P. Rule 4. Mr. Sybert informed me that he would reserve any objections, if any, that he may need to assert of behalf of his client.

3. Attached as Exhibit "A" to Plaintiff's *Ex Parte* Application, and filed herewith, is a true and correct copy of the Declaration of Celeste Ingalls dated January 3, 2020.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 7, 2020

_____
JASON A. RODENBO, ESQ.

**CERTIFICATE OF SERVICE**
*International Education Management Group, Inc. v. Abroad & Future, Inc., et al.*
UNITED STATES DISTRICT COUORT
SOUTHERN DISTRICT OF CALIFORNIA
CASE NO.: 3:19-CV-01981-BAS-LL

    I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action; my business address is 1916 Third Avenue, San Diego, CA 92101. On the date set forth below, I served the foregoing documents described as:

    I hereby certify that on December 20, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**EX PARTE APPLICATION RE STATUS OF SERVICE OF PROCESS ON FOREIGN INDIVIDUAL DEFENDANT WEI BAO VIA THE HAGUE SERVICE CONVENTION WITH DECLARATIONS OF CELESTE INGALLS AND JASON RODENBO, ESQ. IN SUPPORT THEREOF**

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 7, 2020, at San Diego, California.

                                          JASON A. RODENBO, ESQ.

- 1 -