# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABROAD AND FUTURE, INC., *et al.*, <br><br> Defendants. | Case No. 19-cv-1981-BAS-LL <br><br> **ORDER GRANTING IN PART EX PARTE APPLICATION; AND ORDERING PERIODIC STATUS UPDATES** <br><br> **[ECF No. 9]** |

Plaintiff International Education Management Group, Inc. filed an ex parte application regarding status of service on Defendant Wei Bao. (ECF No. 9.) Plaintiff provides that Defendant Bao resides in China, so Plaintiff is currently attempting to serve Bao via the Hague Service Convention. Plaintiff has engaged Crowe Foreign Services ("CFS") to complete service. Celeste Ingalls, director of operations at CFS provided a declaration that lays out the process for serving an individual in China, and she declares that "[t]he Ministry of Justice for China issued a statement that service of process will take up to 2 years, with proofs of service being returned an average of 1 to 5 months after service occurs." (Ingalls Decl., ECF No. 9, ¶ 13.) Plaintiff states it intends to file status updates every 90 days regarding service on

1  Bao, or, in the alternative, requests the Court order periodic status conferences
2  regarding service.  Plaintiff is not requesting the Court make any orders, but filed the
3  present ex parte application "to provide this Court with a status update."
4        The Court finds no reason to hold status conferences, but **ORDERS** Plaintiff
5  to file a notice (which need not be filed as a motion or application) every 60 days
6  following the date of this order.  Each notice must detail the efforts and steps taken
7  by Plaintiff and CFS to serve Bao.   Further, Plaintiff's counsel declares that he has
8  spoken to counsel for Defendant Bao. (Rodenbo Decl., ECF No. 9, ¶ 2.) In Plaintiff's
9  notice that is to be filed in 60 days, Plaintiff is to inform the Court as to whether (or
10 why not) it can serve Defendant Bao through his counsel rather than serve Bao
11 through the Ministry of Justice for China.
12       **IT IS SO ORDERED.**
13 **DATED: January 22, 2020**

Hon. Cynthia Bashant
United States District Judge