Carl M. Lewis (CSBN 121776)
Attorney at Law
1916 Third Avenue
San Diego, California 92101
Telephone (619) 232-0160
Facsimile (619) 344-0655

Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone (619) 961-5433
Facsimile (619) 286-0747

**Attorneys for Plaintiff: International Education Management Group, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | **CASE NO: 3:19-CV-01981-BAS-LL**<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a tentative settlement in the above-referenced case.  A formal settlement agreement will be circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, within the next 20 days, an executed Joint Motion to Dismiss the entire action with prejudice will be filed.

Dated: February 3, 2020

                                        /s/
Carl M. Lewis, Esq.
Jason A. Rodenbo, Esq.
Attorneys for Plaintiff
INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC.

Dated: February 3, 2020   GORDON & REES

                                        /s/
Richard P. Sybert, Esq.
Attorneys for Defendants
ABROAD AND FUTURE, INC., and WEI BAO

**JOINT NOTICE OF SETTLEMENT**

**3:19-CV-01981-BAS-LL**