UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ABROAD AND FUTURE, INC., a California Corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv1981-BAS-LL<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE VOLUNTARY DISMISSAL OR STIPULATION FOR DISMISSAL** |

In a notice of settlement dated February 3, 2020, counsel for the parties informed the Court that a settlement has been reached. ECF No. 11. Because the case has settled, all other pending dates, if any, before Magistrate Judge Lopez are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The Court notes that Defendant has not served an answer or motion for summary judgment. See Docket. Accordingly, Plaintiff is ordered to file the voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil

Procedure no later than **March 3, 2020.** If Plaintiff files a stipulation for dismissal, a proposed order on the stipulation for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed stipulation for dismissal or voluntary dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **March 3, 2020**, then Plaintiff's counsel of record is required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **March 10, 2020** at **9:30 a.m.** in **Courtroom 2B**.

If counsel of record for Plaintiff fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal or stipulation for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: February 4, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.