```
Carl M. Lewis (CSBN 121776)
Attorney at Law
1916 Third Avenue
San Diego, California 92101
Telephone (619) 232-0160
Facsimile (619) 344-0655

Jason A. Rodenbo, Esq. (CSBN 195208)
LAW OFFICES OF JASON A. RODENBO, APC
1916 Third Avenue
San Diego, CA 92101
Telephone (619) 961-5433
Facsimile (619) 286-0747
```

**Attorneys for Plaintiff: International Education Management Group, Inc.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL EDUCATION MANAGEMENT GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ABROAD AND FUTURE, INC., a California corporation; WEI BAO, an individual; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | **CASE NO: 3:19-CV-01981-BAS-LL**<br><br>**JOINT STIPULATION OF DIMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DIMISSAL WITH PREJUDICE**

**3:19-CV-01981-BAS-LL**

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, stipulate to dismissal of the above captioned action, with prejudice. The parties are to bear their own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: February 18, 2020

/s/ Carl M. Lewis
Carl M. Lewis, Esq.
Jason A. Rodenbo, Esq.
Attorneys for Plaintiff
INTERNATIONAL EDUCATION
MANAGEMENT GROUP, INC.

Dated: February 18, 2020   GORDON & REES

/s/ Richard P. Sybert
Richard P. Sybert, Esq.
Attorneys for Defendants
ABROAD AND FUTURE, INC.,
and WEI BAO

**JOINT STIPULATION OF DIMISSAL WITH PREJUDICE**

**3:19-CV-01981-BAS-LL**